**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:19-CV-081-MOC-DCK**

| | | |
|---|---|---|
| **DIRECT TECHNOLOGIES INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MAXUM INDEMNITY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Joseph W. Fulton, concerning Sina Bahadoran on March 20, 2019.  Sina Bahadoran seeks to appear as counsel *pro hac vice* for Defendant Maxum Indemnity Company.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**.  Sina Bahadoran is hereby admitted *pro hac vice* to represent Defendant Maxum Indemnity Company.

**SO ORDERED**.

Signed: March 20, 2019

David C. Keesler
United States Magistrate Judge