IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-081-MOC-DCK

| DIRECT TECHNOLOGIES INTERNATIONAL, INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| MAXUM INDEMNITY COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Joseph W. Fulton, concerning Eftihios Evan G. Andronis on March 20, 2019. Eftihios Evan G. Andronis seeks to appear as counsel *pro hac vice* for Defendant Maxum Indemnity Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Eftihios Evan G. Andronis is hereby admitted *pro hac vice* to represent Defendant Maxum Indemnity Company.

**SO ORDERED**.

Signed: March 20, 2019

David C. Keesler
United States Magistrate Judge